En el Tribunal Supremo de Puerto Rico

| IN RE: | |
|---|---|
| RENE NEGRON NEGRON<br>      Querellado<br><br>      V. | Conducta<br>Profesional<br><br>99TSPR47 |

Número del Caso: AB-98-131

Abogados de la Parte Querellante: LCDA. MARIA DE LOURDES RODRIGUEZ
OFICIAL INVESTIGADORA
COMISION DE ETICA COLEGIO DE ABOGADOS

Abogados de la Parte Querellada: LCDO. JOSE ENRIQUE COLON SANTANA

Abogados de la Parte Interventora:

Tribunal de Instancia: Superior

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 4/6/1999

Materia:


        Este documento constituye un documento oficial del Tribunal
        Supremo que está sujeto a los cambios y correciones del
        proceso de compilación y publicación oficial de las
        decisiones del Tribunal. Su distribución electrónica se hace
        como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re:


René Negrón Negrón                     AB-98-131


RESOLUCION


San Juan, Puerto Rico, a 6 de abril de 1999.


Mediante Opinión Per Curiam que emitiéramos el 30 de octubre de 1998 suspendimos indefinidamente de la práctica de la profesión al licenciado René Negrón Negrón. Ello por su reiterado incumplimiento con los requerimientos de la Comisión de Etica del Colegio de Abogados y las órdenes de este Tribunal.

Examinada la "Moción para Someter Informe Final Sobre Inspección Notarial" presentada por la Directora de la Oficina de Inspección de Notarías el 8 de marzo de 1999 y la "Moción Informativa" del Colegio de Abogados presentada el 24 de diciembre de 1998 informándonos que la queja fue archivada por falta de interés de la quejosa, se ordena el archivo de la queja presentada el 18 de septiembre de 1997 contra René Negrón Negrón.

Tomando en consideración lo anterior, así como la "Solicitud de Indulgencia, Reconsideración de Orden y de Reinstalación" presentada por el abogado de epígrafe el 1 de diciembre de 1998, en reconsideración se deja sin efecto la suspensión

decretada en la opinión Per Curiam de 30 de octubre de 1998. En su lugar, apercibimos al Lcdo. Negrón Negrón de que en lo sucesivo deberá atender con premura y diligencia todas nuestras órdenes y la de aquellos foros que nos auxilian en la encomiable tarea de hacer justicia.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Rebollo López no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo